MARY M. AUSTEN, Respondent, *v.* GEORGE J. FAOUR et al., Appellants.

*Austen* v. *Faour*, 126 App. Div. 909, affirmed.
(Argued April 30, 1909; decided May 18, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May

37

14, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to reform a contract for the sale of real property.

*Henry A. Forster* and *John A. Weekes* for appellants.

*J. Aspinwall Hodge* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.